STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. SAMUEL ROSENBERG, DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate Division.

See same case below: 37 *N. J. Super.* 197.

*Messrs. Saltzman, Rubenstein & Kosoff* for the petitioner.

*Mr. Ralph L. Fusco, Mr. Julius A. Feinberg* and *Mr. Joseph P. Lordi* for the respondent.

January 9, 1956. Denied.

CLIVE W. PRESSEY, *ET AL.*, PLAINTIFFS, v. TOWNSHIP OF HILLSBOROUGH, DEFENDANT-RESPONDENT; AND GEORGE C. GILBERT, INC., DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate Division.

See same case below: 37 *N. J. Super.* 486.

*Mr. John T. Keefe* for the petitioner.

*Messrs. Allgair, King & Kelleher* for the respondent.

January 9, 1956. Denied.